**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 05 2026

FILED

| | | |
|---|---|---|
| ROBERT RAICHE and VALERIE RAICHE, | * | |
| Plaintiffs, | * | |
| v. | * | CV 126-252 |
| AUTO-OWNERS INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

On October 23, 2026, the Clerk of Court issued a Removal Notice to All Counsel of Record which, among other things, informed Plaintiffs' counsel intending to appear in the case to enter a notice of appearance or motion for permission to proceed *pro hac vice* within fourteen days. (Doc. 2.) In response, the parties filed a "Consent Motion to Stay," in which they request an indeterminate stay of all proceedings until Plaintiffs' counsel gains admission to the Southern District of Georgia. (Doc. 6.) Notably, there is no description of any current efforts to gain such admission, no timeline for when such admission is anticipated, and no explanation why *pro hac vice* admission has not been sought. (See id.)

The Court is not inclined to let this case languish on the docket indefinitely but will extend the current deadline for

compliance with the October 23rd Notice from the Clerk of Court. Accordingly, the Court **DENIES** the request to stay the proceedings indefinitely (doc. 6), but extends the deadline for compliance for Plaintiffs' counsel to file a notice of appearance, move for *pro hac vice* admission, or identify substitute counsel through and including Monday, November 16, 2026. The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiffs' counsel, Mr. D. Bruce Janzen, Jr., and J. Remington Huggins, by email and U.S. Mail at the addresses listed on Complaint filed in the Superior Court of Richmond County. (Doc. 1-1, at 11.)

**ORDER ENTERED** at Augusta, Georgia, this 5th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA